# Third District Court of Appeal

## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1904
Lower Tribunal No. F14-18345
_____

**Joseph Scott,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Joseph Scott, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.